STATE v. MAYS

No. 77 PC.

Case below: 14 N.C. App. 90.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 May 1972.

STATE v. PARKS

No. 72 PC.

Case below: 14 N.C. App. 97.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 May 1972.

STATE v. SMITH

No. 48 PC.

Case below: 13 N.C. App. 583.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 April 1972.

STATE v. TURNER

No. 51 PC.

Case below: 13 N.C. App. 603.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 April 1972.

STATE v. WILLIAMS

No. 38 PC.

Case below: 13 N.C. App. 619.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 April 1972.